UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
BEYETT, BRIAN DAVID          Case No.  09-21158 DSO
BEYETT, KYLE ANN             Chapter 7
                             HON. Daniel S. Opperman
ROSINSKI, KYLE ANN
_____Debtor(s)._____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO:  CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a).  The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Recovery Management Systems Corporation | 10 | $3.60 |

Dated:  October 4, 2010          */s/ Karen E. Evangelista (P36144)*
                                 KAREN E. EVANGELISTA, Trustee
                                 439 S. Main St., Suite 250
                                 Rochester, MI  48307
                                 (248) 652-7992
                                 Kee1008_tee@sbcglobal.net